**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| FRANCES M. MARAVICH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:10CV3201 |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Frances M. Maravich, and Defendant NCO Financial Systems, Inc., hereby stipulate to the dismissal of Plaintiff's claims in this action with prejudice, and without costs, pursuant to the settlement reached between the parties.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas E. Soule | /s/ James K. Schultz |
| Daniel A. Edelman | James K. Schultz |
| Thomas E. Soule | Sessions, Fishman, Nathan & Israel, LLC |
| EDELMAN, COMBS, LATTURNER | 55 West Monroe Street, Suite 1120 |
| & GOODWIN, L.L.C. | Chicago, IL 60603 |
| 120 S. LaSalle Street, 18th Floor | (312) 578-0990 |
| Chicago, Illinois 60603 | (312) 578-0991 (FAX) |
| (312) 739-4200 | jschultz@sessions-law.biz |
| (312) 419-0379 (FAX) | |
| courtecl@edcombs.com | |

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that the preceding document was filed on March 16, 2011, and served by operation of the Court's electronic filing system on the same date upon counsel for defendant, James K. Schultz (jschultz@sessions-law.biz).

/s/ Thomas E. Soule
Thomas E. Soule