## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Frances M. Maravich

                        Plaintiff,

v.                                                Case No.: 1:10–cv–03201
                                                       Honorable Virginia M. Kendall

NCO Financial Systems, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 18, 2011:

      MINUTE entry before Honorable Virginia M. Kendall: Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Frances M. Maravich, and Defendant NCO Financial Systems, Inc., hereby stipulate to the dismissal of Plaintiffs claims in this action withprejudice, and without costs, pursuant to the settlement reached between the parties. Status set for 3/21/2011 is stricken. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.